

**1257 DOUGHERTY FERRY RD**
**P.O. BOX 9**                                              PHONE   [636] 861-1500
**VALLEY PARK, MO  63088-0009**                              FAX     [636] 861-1501

Chicas Patrice Sanford

We are a creditor in Chapter 7 bankruptcy Case #:14-49811. Please send all correspondences regarding this case to the email address below.
Please keep me informed.

/s/Cindy Cook
Midwest Acceptance Corp.
cindy.hacker@midwestacceptance.com
[636] 861-1500 EXT 3049

SALES CONTRACT FINANCING